Dear Judge Schultz,

I am writing to you today to give you some InSite on my daughter Rekeya Frazier. She is a loving person who gets along with anyone. She is a smart young woman who is just trying to find her way in this world. She has no prior incidents aside from this situation, and I am confident that this does not reflect her character. My daughter was frightened and unsure how to respond; I genuinely believe she may have temporarily lost awareness of her actions. She poses no harm to others and has demonstrated a strong work ethic, having been employed since high school. She works with older adults and is advanced to managing her own team within the company. She pays her bills and takes care of her dog. She cares deeply for her family and consistently supports her siblings whenever needed. Leaving state is nowhere in her vision and as a her Father and her Mother and the rest of her family we will not let her leave, we are all behind her and support her so she has no reason to go anywhere As parents we never want bad for our child, we want them to do good an advance in life teaching them mistakes happen but you have to keep going and allowed it to stop you from succeeding

On behalf of her family, we ask that you release her so she can move forward. I don't want my daughter to lose everything she worked so hard for, and a case like this will do just that. I know our battle is far from over, but at least she can be home to fight this case with less stress. Please take this letter into consideration while making your decision, I can promise you that she will not be in front of you again.

Thank You

Richard Frazier

Lacotref Bibbs

Laylanni Frazier